*E-Filed 5/27/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RONALD KEMONI PETERSON,                     No. C 14-1840 RS (PR)

          Petitioner,                          **ORDER OF DISMISSAL**

     v.

JOHN DOE,

          Respondent.

_____/

     This action was opened in error, and is hereby DISMISSED without prejudice.  No filing fee is due.  The Clerk shall enter judgment in favor of respondent, and close the file.

     **IT IS SO ORDERED**.

DATED:  May 27, 2014

_____
     RICHARD SEEBORG
    United States District Judge